964

No. 77–6920. CLARKE v. PERCY, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICE OF WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 77–6968. HARDWICK v. WELDON ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–13. SCHOENHUT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–32. REEVES v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 78–61. HITCHEVA v. DIVISION OF STATE LANDS OF OREGON. Ct. App. Ore. Certiorari denied.

No. 78–144. MENDEL v. UNITED STATES; and
No. 78–5156. REEVES v. UNITED STATES. C. A. 7th Cir. Certiorari denied   Reported below: 578 F. 2d 668.

No. 78–147. CHAMPAGNE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–186. RICH v. UNITED STATES; and
No. 78–314. PELTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 578 F. 2d 701.

No. 78–220. BRAVERMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–288. WENCKE ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 78–290. HERRERA-VINEGAS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.